ELIZABETH B. R. McARTHUR, Respondent, v. ORDER OF UNITED COMMERCIAL TRAVELERS OF AMERICA, Appellant.

(Submitted May 24, 1915; decided June 8, 1915.)

Motion for re-argument denied, with ten dollars costs. (See 215 N. Y. 630.)